MAURICE MEYER, JR., et al., Appellants, *v.* ALBERT M. WHISNANT, JR., Respondent, et al., Defendants.

Submitted November 29, 1954; decided December 2, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 369.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MANLEY BLAKESLEE, Appellant.

Submitted November 29, 1954; decided December 2, 1954.

*Floyd J. Reinhart* for motion.

*Allen H. Pulsifer, District Attorney,* for respondent.

Motion granted.